```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                             :
DILENIA PAGUADA,                          :
                                             :
                      Plaintiff,             :
                                             :                      20-cv-6373 (VSB)
             -against-                                  :                          **ORDER**
                                             :
DPI, INC.,                                         :
                                             :
                      Defendant.   :
                                             :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        It has been reported to the Court that this case has been settled.  Accordingly, it is hereby:

        ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:   October 16, 2020
           New York, New York

                                                           _____
                                                           Vernon S. Broderick
                                                           United States District Judge